**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

PETER F. LANGE and CINDY LANGE                                                         PLAINTIFFS

v.                                            No. 1:08CV00058 JLH

VERONA MARBLE COMPANY, INC., *et al*.                                         DEFENDANTS

## ORDER

The plaintiffs have filed a motion to remand on the ground that not all of the defendants joined the removal. Without objection, the motion to remand is GRANTED. Document #9. This action is hereby remanded to the Circuit Court of Fulton County, Arkansas.

IT IS SO ORDERED this 15th day of December, 2008.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE