IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

PETER F. LANGE and CINDY LANGE                                                    PLAINTIFFS

v.                                              No. 1:08CV00058 JLH

VERONA MARBLE COMPANY, INC., *et al*.                                             DEFENDANTS

## JUDGMENT

Pursuant to the order entered separately today, this action is remanded to the Circuit Court of Fulton County, Arkansas.

IT IS SO ORDERED this 15th day of December, 2008.

*/s/ J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE